UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 22-70207-JAD

Dean A Lockard and Lisa A Lockard                                   Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 22-70207-JAD

Dean A Lockard and Lisa A Lockard  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 28, 2022 :

| | |
|---|---|
| PAUL W MCELRATH JR<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Ronda Winnecour<br>600 Grant Street<br>Suite 3250 USX Tower<br>Pittsburgh, PA 15219 |

By /s/ Mandy Youngblood

    Mandy Youngblood

xxxxx08230 / 1058153