# United States Bankruptcy Court
### Western District of Pennsylvania

In re: Dean A Lockard, Lisa A Lockard, Debtor(s)

Case No. 22-70207
Chapter 13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Dean A Lockard**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Lisa A Lockard**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [ ] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [✓] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date: **July 21, 2022**   Signature: **/s/ Dean A Lockard**
Dean A Lockard
Debtor

Date: **July 21, 2022**   Signature: **/s/ Lisa A Lockard**
Lisa A Lockard
Joint Debtor

**Hoss's Indiana #11**
1198 Wayne Avenue
11,250
Indiana, PA 15701
72434957500000

**Direct Deposit Earnings Statement**
DD000000000000463810

| Pay Date | Start Period | End Period |
|---|---|---|
| 6/1/2022 | 5/9/2022 | 5/22/2022 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Regular | $2.8300 | 11.72 | $33.17 | |
| Regular | $9.0000 | 40.91 | $368.19 | $2,821.23 |
| Server Regular Hours | $2.8300 | 13.80 | $39.05 | $47.46 |
| Reported Tips | $30.0000 | 1.00 | $30.00 | |
| Reported Tips | $296.2500 | 1.00 | $296.25 | $730.69 |
| Total: | | 68.43 | $766.66 | $3,599.38 |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Total: | $0.00 | $0.00 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $26.67 | $47.27 |
| SS | $47.53 | $223.16 |
| MED | $11.13 | $52.20 |
| PA | $23.54 | $110.51 |
| 6039 | $0.46 | $2.16 |
| 9011 | $2.00 | $16.00 |
| PCPESMA | $9.58 | $30.91 |
| Total: | $120.91 | $482.21 |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Total: | $0.00 | $0.00 |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $319.50 |
| Net wages YTD | $2,386.48 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| XXXXX6826 | XXXXX05899 | $319.50 |
| | Total: | $319.50 |

### Miscellaneous

| | |
|---|---|
| Vacation | 0.00 |
| Anniversary Date | 2/9/2022 |
| Fed. Filing Status | MAR |
| Fed. Exemptions | 0 |
| Fed. Add Withholding | $0.00 |

Lockard, Lisa A
95 Dixon Rd
Clymer, PA 15728

Hoss's Indiana #11
1198 Wayne Avenue
Indiana, PA 15701
11,250
72434957500000

**Direct Deposit Earnings Statement**

DD000000000000462460

| Pay Date | Start Period | End Period |
|---|---|---|
| 5/18/2022 | 4/25/2022 | 5/8/2022 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Regular | $2.8300 | 10.38 | $29.38 | |
| Regular | $9.0000 | 53.14 | $478.26 | $2,419.87 |
| Server Regular Hours | $2.8300 | 2.97 | $8.41 | $8.41 |
| Reported Tips | $30.0000 | 1.00 | $30.00 | |
| Reported Tips | $76.4400 | 1.00 | $76.44 | $404.44 |
| Total: | | 68.49 | $622.49 | $2,832.72 |

### Payroll Deductions / Taxes

| Description | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| | | | FED | $12.25 | $20.60 |
| | | | SS | $38.59 | $175.63 |
| | | | MED | $9.02 | $41.07 |
| | | | PA | $19.11 | $86.97 |
| | | | 6039 | $0.37 | $1.70 |
| | | | 9011 | $2.00 | $14.00 |
| | | | PCPESMA | $7.78 | $21.33 |
| Total: | $0.00 | $0.00 | Total: | $89.12 | $361.30 |

### Payroll Benefits / Net Wage Amounts

| Description | Amount | Year To Date | | | |
|---|---|---|---|---|---|
| | | | Net wages/period | | $426.93 |
| | | | Net wages YTD | | $2,066.98 |
| Total: | $0.00 | $0.00 | | | |

### Direct Deposit Information / Miscellaneous

| Bank | Account | Amount | | |
|---|---|---|---|---|
| XXXXX6826 | XXXXX05899 | $426.93 | Vacation | 0.00 |
| | | | Anniversary Date | 2/9/2022 |
| | | | Fed. Filing Status | MAR |
| | | | Fed. Exemptions | 0 |
| | | | Fed. Add Withholding | $0.00 |
| | Total: | $426.93 | | |

Lockard, Lisa A
95 Dixon Rd
Clymer, PA 15728

**Hoss's Indiana #11**
1198 Wayne Avenue
11,250
Indiana, PA 15701
72434957500000

### Direct Deposit Earnings Statement

DD0000000000000461121

| Pay Date | Start Period | End Period |
|---|---|---|
| 5/4/2022 | 4/11/2022 | 4/24/2022 |

#### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Regular | $9.0000 | 59.09 | $531.81 | $1,912.23 |
| Reported Tips | $0.0000 | 0.00 | $0.00 | $298.00 |
| Total: | | 59.09 | $531.81 | $2,210.23 |

#### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Total: | $0.00 | $0.00 |

#### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $3.18 | $8.35 |
| SS | $32.97 | $137.04 |
| MED | $7.71 | $32.05 |
| PA | $16.33 | $67.86 |
| 6039 | $0.32 | $1.33 |
| 9011 | $2.00 | $12.00 |
| PCPESMA | $6.65 | $13.55 |
| Total: | $69.16 | $272.18 |

#### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Total: | $0.00 | $0.00 |

#### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $462.65 |
| Net wages YTD | $1,640.05 |

#### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| XXXXX6826 | XXXXX05399 | $462.65 |
| | Total: | $462.65 |

#### Miscellaneous

| | |
|---|---|
| Vacation | 0.00 |
| Anniversary Date | 2/9/2022 |
| Fed. Filing Status | MAR |
| Fed. Exemptions | 0 |
| Fed. Add Withholding | $0.00 |

Lockard, Lisa A
95 Dixon Rd
Clymer, PA 15728

**Hoss's Indiana #11**
1198 Wayne Avenue
11,250
Indiana, PA 15701
72434957500000

### Direct Deposit Earnings Statement

DD0000000000000459811

| Pay Date | Start Period | End Period |
|---|---|---|
| 4/20/2022 | 3/28/2022 | 4/10/2022 |

#### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Regular | $2.8300 | 10.59 | $29.97 | |
| Regular | $9.0000 | 47.97 | $431.73 | $1,380.42 |
| Reported Tips | $30.0000 | 1.00 | $30.00 | |
| Reported Tips | $60.0000 | 1.00 | $60.00 | $298.00 |
| Total: | | 60.56 | $551.70 | $1,678.42 |

#### Payroll Deductions / Taxes

| Description | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| | | | FED | $5.17 | $5.17 |
| | | | SS | $34.21 | $104.07 |
| | | | MED | $8.00 | $24.34 |
| | | | PA | $16.94 | $51.53 |
| | | | 6039 | $0.33 | $1.01 |
| | | | 9011 | $2.00 | $10.00 |
| | | | PCPESMA | $6.90 | $6.90 |
| Total: | $0.00 | $0.00 | Total: | $73.55 | $203.02 |

#### Payroll Benefits / Net Wage Amounts

| Description | Amount | Year To Date | | |
|---|---|---|---|---|
| | | | Net wages/period | $388.15 |
| | | | Net wages YTD | $1,177.40 |
| Total: | $0.00 | $0.00 | | |

#### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| XXXXX6826 | XXXXX05899 | $388.15 |
| | Total: | $388.15 |

#### Miscellaneous

| | |
|---|---|
| Vacation | 0.00 |
| Anniversary Date | 2/9/2022 |
| Fed. Filing Status | MAR |
| Fed. Exemptions | 0 |
| Fed. Add Withholding | $0.00 |

Lockard, Lisa A
95 Dixon Rd
Clymer, PA 15728