# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-70207-JAD |
| Dean A. Lockard and Lisa A. Lockard | : Chapter 13 |
| Debtors | |
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates, Series 2006-6 c/o Select Portfolio Servicing, Inc. | : Document No.: 26, 27 : |
| Movant | : Hearing date/time: 09/14/2022 at 10:00am |
| vs. | : |
| Dean A. Lockard and Lisa A. Lockard | : Response date: 09/05/2022 |
| Debtors/Respondents | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
| Trustee/Respondent | : |

## CERTIFICATION OF SERVICE
## OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, the undersigned, attorney for Movant, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-6, Asset-Backed Certificates, Series 2006-6 c/o Select Portfolio Servicing, Inc., hereby certify that I served a true and correct copy of the Motion for *Nunc Pro Tunc* Approval of Forbearance Agreement and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail upon the following on the date set forth below:

Paul W. McElrath, Jr., Esquire
Via ECF
*Attorney for Debtors*

Ronda J. Winnecour, Esquire
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

Dean A. Lockard
Lisa A. Lockard
95 Dixon Road
Clymer, PA 15728
Via First Class Mail
*Debtors*

Respectfully Submitted,

Date: 08/18/2022

/s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: smccaffery@hoflawgroup.com