**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>  DEAN A LOCKARD<br>  LISA A LOCKARD<br>          Debtor(s)<br><br>  Ronda J. Winnecour<br>          Movant<br>      vs.<br>  No Respondents. | Case No.:22-70207 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1.  The case was filed on 06/15/2022  and confirmed on 10/11/2022 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,078.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,073.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 135.06 | |
|   Trustee Fee | 52.82 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 187.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE ET AL | 0.00 | 393.93 | 0.00 | 393.93 |
|     Acct: 8078 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE ET AL | 2,592.73 | 0.00 | 0.00 | 0.00 |
|     Acct: 8078 | | | | |
|   SANTANDER CONSUMER USA | 21,931.97 | 0.00 | 491.19 | 491.19 |
|     Acct: 2787 | | | | |
| | | | | 885.12 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEAN A LOCKARD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEAN A LOCKARD | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 4,500.00 | 135.06 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-70207 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| FIRST COMMONWEALTH BANK** | 880.68 | 0.00 | 0.00 | 0.00 |
| Acct: 8193 | | | | |
| ALLEGHENY GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1750 | | | | |
| AVANT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0637 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6538 | | | | |
| DISCOVER BANK(*) | 2,577.41 | 0.00 | 0.00 | 0.00 |
| Acct: 2929 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 1,485.93 | 0.00 | 0.00 | 0.00 |
| Acct: 9613 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 7,735.51 | 0.00 | 0.00 | 0.00 |
| Acct: 8230 | | | | |
| HOLIDAY FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1700 | | | | |
| KEYBRIDGE MEDICAL REVENUE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8123 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 3,844.75 | 0.00 | 0.00 | 0.00 |
| Acct: 2713 | | | | |
| LVNV FUNDING LLC | 3,317.77 | 0.00 | 0.00 | 0.00 |
| Acct: 4325 | | | | |
| LVNV FUNDING LLC | 1,796.39 | 0.00 | 0.00 | 0.00 |
| Acct: 3105 | | | | |
| LVNV FUNDING LLC | 1,242.61 | 0.00 | 0.00 | 0.00 |
| Acct: 9507 | | | | |
| M & T BANK | 22,620.59 | 0.00 | 0.00 | 0.00 |
| Acct: 8091 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 150.65 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9208 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4378 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                             885.12

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 24,524.70 |
| UNSECURED | 45.652.29 |

Date: 02/03/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com